IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Vladimir Lemeshko,<br><br>            Plaintiff,<br><br>v.<br><br>Alliance Health Networks, Inc.,<br><br>            Defendant. | Civil Action No.: 2:14-cv-11635-PJD-RSW |

**NOTICE OF APPEARANCE OF ATTORNEY VLAD HIRNYK ON BEHALF OF PLAINTIFF VLADIMIR LEMESHKO**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT, Vlad Hirnyk with Lemberg Law, LLC, hereby enters his appearance on behalf of the Plaintiff Vladimir Lemeshko. All service, correspondence, and notices should be copied to Mr. Hirnyk at the physical address, email address, fax number and telephone number set forth below:

Vlad Hirnyk
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel.203.653.2250.ext.5503
Fax.203.653.3424
Email.vhirnyk@lemberglaw.com

Dated: August 19, 2014

      /s/ Vlad Hirnyk
Vlad Hirnyk, Esq. (VH4749)
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel.203.653.2250.ext.5503
Fax.203.653.3424

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 19, 2014, the foregoing was filed with the clerk of the Court via the ECF system which sent notice of such filing to the following:

Gary W. Faria
Ufer & Spaniola, P.C.
5440 Corporate Drive, Suite 250
Troy, Michigan 48098
gwf@uferspan.com

Blaine C. Kimrey
Bryan Clark
155 N. Wacker Drive, Suite 3050
Chicago, Illinois 60608
bkimrey@lathropgage.com
bclark@lathropgage.com
*Attorneys for Defendant*

                                                   /s/ Vlad Hirnyk
                                                   Vlad Hirnyk, Esq.