UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Vladimir Lemeshko, | : |
| | : |
| | : Civil Action No.: 2:14-cv-11635 |
| Plaintiff, | : |
| v. | : |
| | : |
| Alliance Health Networks, Inc., | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(2), the above-captioned action is hereby dismissed against Alliance Health Networks, Inc. and its legal successor in interest, Alliance Health Networks, LLC, with prejudice and without costs to any party.

| Vladimir Lemeshko | Alliance Health Networks, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Gary W. Faria |
| Sergei Lemberg, Esq. | Gary W. Faria |
| LEMBERG LAW, LLC | Usher & Spaniola, P.C. |
| 1100 Summer Street, 3rd Floor | 5440 Corporate Drive, Suite 250 |
| Stamford, CT 06905 | Troy, Michigan 48098-2648 |
| Tel: (203) 653-2250 | Attorney for Defendant |
| slemberg@lemberglaw.com | |
| Attorney for Plaintiff | |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Gary W. Faria
Usher & Spaniola, P.C.
5440 Corporate Drive, Suite 250
Troy, Michigan 48098-2648

                                                By  */s/ Sergei Lemberg*_____
                                                       Sergei Lemberg, Esq.