## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Vladimir Lemeshko, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 2:14-cv-11635 |
| | : | |
| Alliance Health Networks, Inc., | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(2), the above-captioned action is hereby dismissed against Alliance Health Networks, Inc. and its legal successor in interest, Alliance Health Networks, LLC, with prejudice and without costs to any party.

Vladimir Lemeshko                           Alliance Health Networks, Inc.


   /s/ Sergei Lemberg                          /s/ Gary W. Faria

Sergei Lemberg, Esq.                        Gary W. Faria
LEMBERG LAW, LLC                           Usher & Spaniola, P.C.
1100 Summer Street, 3rd Floor              5440 Corporate Drive, Suite 250
Stamford, CT  06905                        Troy, Michigan 48098-2648
Tel: (203) 653-2250                        Attorney for Defendant
slemberg@lemberglaw.com
Attorney for Plaintiff


            SO ORDERED.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge
Dated:  September 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 9, 2014, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
|  | : Civil Action No.:  2:14-cv-11635-PJD-RSW |
| Vladimir Lemeshko, | : |
|  | : |
| Plaintiff, | : |

|                              |   |
|------------------------------|---|
| v.                           | : |
|                              | : |
| Alliance Health Networks, Inc., | : |
|                              | : |
| Defendant.                   | : |
|                              | : |
|                              | : |

## [PROPOSED] ORDER ON PLAINTIFF'S STIPULATION OF DISMISSAL

IT IS HEREBY ORDERD that this action be, and hereby is, DISMISSED with prejudice

and with each party to bear their own costs and attorneys' fees.


Date: _____          _____

                           Hon. Patrick J. Duggan
                           U.S. District Court Judge